**FILED**
**DECEMBER 18, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7123**

In the Matter of                                                     Case Number:

Laborers' Pension Fund and Laborers' Welfare Fund,
        Plaintiffs,
  v.
Midwest Power Vac, Inc.
        Defendant.

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

| | |
|---|---|
| NAME (Type or print) Karen I. Engelhardt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ /s/ Karen I. Engelhardt | |
| FIRM Allison, Slutsky & Kennedy, P.C. | |
| STREET ADDRESS 230 W. Monroe Street, Suite 2600 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3128850 | TELEPHONE NUMBER (312) 364-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |