Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7123 | DATE | 3/13/2008 |
| CASE TITLE | David Luna (R-68854) v. Dart | | |

**DOCKET ENTRY TEXT:**

Plaintiff's David Luna's letter to this Court dated 2/26/08 [8] is construed as a motion for an extension of time and is granted. Plaintiff shall have 30 days from the date of this order to comply with this Court's 2/4/08 order. Failure to comply within 30 days may result in dismissal of the case. The clerk shall forward a copy of this order to plaintiff, inmate # R-68854, at Stateville Correctional Center. Plaintiff is advised that an amended complaint supersedes a prior complaint and must stand complete on its own. Plaintiff must thus include all the claims he seeks to raise and all the defendants he seeks to sue in the amended complaint. Plaintiff is further advised that he must notify the Court of any change in his address.

*Charles Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | isk |
|---|---|---|